UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

G&G CLOSED CIRCUIT EVENTS, LLC,   )
           )
        Plaintiff,      )
           )
        v.      )    No. 1:24-cv-00647-JPH-CSW
           )
LYNN A. PITTMAN individually and d/b/a  )
Recovery Room Lounge,    )
PILOT PURSUIT LLP an unknown    )
business entity d/b/a Recovery Room    )
Lounge,        
           )
      Defendants.    )

### ORDER ON PLAINTIFF'S NOTICE

Now before the Court is Plaintiff's *Notice of Order Dismissing Bankruptcy of Defendant Lynn A. Pittman Individually and d/b/a Recovery Room Lounge* (Dkt. 25). The instant case was stayed on April 24, 2025 due to pending bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Indiana under cause number 24-80374-JJG-7. (Dkt. 24). Plaintiff's *Notice* requests the Court to take notice of the Order of Dismissal issued in 24-80374-JJG-7. Plaintiff's *Notice* also seeks to lift the stay in the instant case.

Having reviewed Plaintiff's *Notice*, **IT IS THEREFORE ORDERED** that the stay in this case is hereby **LIFTED.** Accordingly, this case should proceed.

It does not appear as though Defendant has had any counsel appear in this case. As such, Plaintiff is **DIRECTED** to file a report with the Court within thirty (30) days of this order, up to and including **May 16, 2026**, advising of the status of this case and anticipated needs for case management.

**SO ORDERED.**

**Date:** April 16, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

LYNN A. PITTMAN
1868 Lafayette Road
Indianapolis, IN 46222
PRO SE

Distributed electronically via ECF to counsel of record.